DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LARY SCOTT MORRIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1854

_____

May 1, 2026

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

 Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.